FILED

NOT FOR PUBLICATION

MAY 12 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30228 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-00228-MO-1 |
| v. | |
| OSCAR FRANCISCO MACIAS-OVALLE, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Michael W. Mosman, District Judge, Presiding

Argued and Submitted May 4, 2011
Portland, Oregon

Before:    **KOZINSKI**, Chief Judge, **BEA** and **IKUTA**, Circuit Judges.

Each of the government's affidavits contained the full and complete

statement required by 18 U.S.C. § 2518(1)(c). Each affidavit properly

incorporated previous affidavits, see United States v. Garcia-Villalba, 585 F.3d

1223, 1232 (9th Cir. 2009), and provided case-specific explanations for the use,

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

limitations and rejection of various traditional surveillance tactics in the investigation of specific individuals, <u>see</u> <u>id.</u> at 1229–30. The district court didn't abuse its discretion in finding that the wiretaps were necessary. <u>See</u> <u>United States</u> v. <u>Rivera</u>, 527 F.3d 891, 898 (9th Cir. 2008). Nor has Macias-Ovalle made the substantial showing necessary to justify an evidentiary hearing under <u>Franks</u> v. <u>Delaware</u>, 438 U.S. 154 (1978). <u>See</u> <u>id.</u> at 155–56, 171.

**AFFIRMED.**